IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CIE, BAYER PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) C.A. No. 12-161-RGA<br>) |
| v. | ) ~~CONFIDENTIAL~~<br>) ~~FILED UNDER SEAL~~ |
| WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

WHEREAS, Plaintiffs Merck & Cie, Bayer Pharma AG, and Bayer Healthcare Pharmaceuticals Inc. (collectively, "Plaintiffs"), having filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) on the grounds that there is no justiciable case or controversy between the parties; and

WHEREAS, a Paragraph IV Notice letter that has been sent absent a received ANDA is of no legal effect under 21 U.S.C. § 355(j)(5)(B)(iii) and 21 C.F.R. § 314.95(b), and does not invoke the 45-day window for a patent holder to file suit, nor does it commence the 30-month stay before the ANDA can be approved; and

WHEREAS, the Court having considered the Motion and finding good cause to grant it;

IT IS HEREBY ORDERED this 25th day of September, 2012, that

(1) Plaintiffs' Motion to Dismiss the Complaint is GRANTED; and
(2) The Complaint is DISMISSED WITHOUT PREJUDICE.
~~(2) If and when the FDA accepts Abbreviated New Drug Application 203593 from Watson (including any determination that Watson's original filing should have been accepted),~~

~~or any other ANDA for a generic Beyaz™ from Watson, then Watson must provide Plaintiffs with a new Paragraph IV Notice letter to invoke the 45-day window for a patent holder to file suit, and commence the 30-month stay before the ANDA can be approved;~~

(3) Watson is hereby ordered to produce to Plaintiffs any ~~further correspondence with the FDA or contact reports reflecting communications with the FDA~~ relating to Abbreviated New Drug Application 203593 ~~or any other ANDA for a generic Beyaz™ from Watson within 72 hours of the correspondence; and~~

~~(4) Watson is hereby ordered to submit to the FDA this Order and the underlying briefs and exhibits on Bayer's motion to dismiss.~~

/s/ Richard G. Andrews
United States District Judge